UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

Criminal No. 12-cr-160-01-SM

v.

<u>Benjamin Maes</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted; Final Pretrial is rescheduled to May 10, 2013 at 4:00 PM; Trial is continued to the two-week period beginning May 21, 2013, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: February 6, 2013

cc:   Helen W. Fitzgibbon, Esq.
      Jonathan R. Saxe, Esq.
      U.S. Marshal
      U.S. Probation